No. 12–0215/AR.  U.S. v. Aaron J. Medina.  CCA 20100469.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted.

No. 12–0143/MC.  U.S. v. Richard A. Garcia–Tolson.  CCA 2010000610.  Appellee's motion to extend time to file an answer granted to December 22, 2011.

No. 12–0153/AF.  U.S. v. Matthew A. Pingel.  CCA 37783.  Appellant's motion to file supplemental issue pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), granted.

Misc. No. 12–8009/AF.  In Re Robert C. Brissette, Petitioner.  CCA 2011–07.  Notice is hereby given that a petition for extraordinary relief in the nature of a writ

of habeas corpus was electronically filed under Rule 27(a) on December 22, 2011, and placed on the docket this 27th day of December, 2011.

Misc. No. 12–8010/AR.  In Re Calvin J. Davenport, Petitioner.  CCA 20081102. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of prohibition was filed under Rule 27(a), together with Petitioner's motion for a stay of proceedings under Rule 30, on this date.

No. 12–0226/AR.  U.S. v. Ryan D. Page.  CCA 20100083.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 10, 2012.

No. 12–8009/AF. In Re Robert C. Brissette.  CCA 2011–07.  On consideration of the petition for extraordinary relief in the nature of a writ of habeas corpus, it is ordered that the United States show cause why the requested relief should not be granted no later that 5:00 p.m. on December 29, 2011.